**Opinion issued August 16, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00833-CV

————————————

**DUANE AHRENS AND BECKY MCCARTY, Appellants**

**V.**

**PAMELA PARKER, Appellee**

On Appeal from the 335th District Court
Washington County, Texas
Trial Court Case No. 35671

## MEMORANDUM OPINION

The parties have filed a joint motion requesting that we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties' joint motion is granted. Accordingly, we set

aside the trial court's judgment without regard to the merits and remand this cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See id.* We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.